IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                        PLAINTIFF/RESPONDENT

    v.　　　　　　　　　　Civil No. 07-2046
　　　　　　　　　　　　　　Crim. No. 05-20079

MIGUEL ANGEL FACUNDO-GUZMAN                          DEFENDANT/MOVANT

### ORDER

    Now on this 17th day of December 2007, there comes on for consideration the report and recommendation filed herein on November 27, 2007, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 61). The parties have not filed any objections to the report and recommendation.

    The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the 28 U.S.C. § 2255 motion is DENIED and DISMISSED WITH PREJUDICE.

    IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　/s/ Robert T. Dawson
　　　　　　　　　　　　　　　　　Honorable Robert T. Dawson
　　　　　　　　　　　　　　　　　United States District Judge